UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: CASE NO. 22-11218 )<br>)<br>DAVID MICHAEL WEIRAUCH )<br>KACI NICOLE WEIRAUCH )<br>)<br>    Debtor(s) )<br>)<br>)<br>DAVID MICHAEL WEIRAUCH )<br>)<br>    Plaintiff(s) )<br>)<br>    vs. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, et al )<br>)<br>    Defendant(s) ) | PROC. NO. 23-1005<br>REG/tb |

## **JUDGMENT**

Dated on December 19, 2023.

This matter, having come before the court, the issues having been determined, and a decision rendered,

IT IS ORDERED, ADJUDGED, AND DECREED that Debtor's obligation to the U.S. Department of Education is DISCHARGED. The claims against the remaining defendants are DISMISSED, without prejudice.

                                                             /s/ Robert E. Grant
                                                            Judge, United States Bankruptcy Court

Date Entered on Docket: December 19, 2023